143 So.2d 621

**STATE of Alabama et al.**

**v.**

**CITY WHOLESALE GROCERY CO., Inc.**

**6 Div. 768.**

Supreme Court of Alabama.

July 26, 1962.

MacDonald Gallion, Atty. Gen., and Wm. H. Burton, Asst. Atty. Gen., for appellants.

Harvey Deramus, Jas. C. Barton, Sydney Lavender and Deramus, Fitts & Johnston, Birmingham, for appellee.

**COLEMAN, Justice.**

The issues here were determined in State v. Norman Tobacco Company, Inc., ante, p. 420, 142 So.2d 873, on the authority of that case, the decree is affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.